PROB 12C
(6/16)

Report Date: October 18, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Michael Joseph Navarro          Case Number: 0980 2:10CR02104-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 12, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 188 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Resentencing: June 21, 2016 | Prison - time served; TSR - 3 years | | |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: | June 21, 2016 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: | June 20, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On September 16, 2016, Mr. Navarro failed to report to the United States Probation Office as directed.<br><br>On August 30, 2016, a United States Probation Officer (USPO) conducted a home visit with Mr. Navarro. During the home visit he was instructed to report to the probation office on September 16, 2016, but he failed to do so. |
| 2 | **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Navarro, Michael Joseph**
**October 18, 2016**
Page 2

**Supporting Evidence**: On August 5, 15, 23, and 30, 2016, Mr. Navarro failed to report for random urinalysis (UA) testing as directed.

On August 5, 15, and 23, 2016, Merit Resource Services (Merit) sent documentation to the probation office stating that Mr. Navarro failed to report for random UA testing on those dates.

On August 30, 2016, a United States Probation Officer (USPO) conducted a home visit with Mr. Navarro. During the home visit, the officer spoke with him about his missed UA's. Mr. Navarro stated he was not calling the color line phone number on a regular basis. The officer directed Mr. Navarro to report to Merit and provide a UA on this date but he failed to do so.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 18, 2016

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/18/2016
Date